RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
JOSEPH NEIL STABLER, JR.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH NEIL STABLER, JR.,<br><br>  Defendant. | Case No.: 2:14-CR-155-KJD-CWH<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for JOSEPH NEIL STABLER, JR., that Motion Hearing currently set for Monday, April 6, 2015 , at 9:00 a.m., be vacated and continued for no less than 30 days.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.
2. Since the filing of the previous stipulation the parties have reached a resolution in this case, which will obviate the need to litigate the issues presented in the motion. However, additional time is still needed for the defendant to consider the proposal.
3. Counsel for the government will be out of the jurisdiction from April 1, 2015 through April 8, 2015.

1

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to complete the negotiations process or prepare for trial.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly complete the negotiations or prepare for trial, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D), United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the Fifth stipulation to continue the motion hearing filed herein.

DATED: March 25, 2015

RENE L. VALLADARES  
Federal Public Defender

By: / s/ Brenda Weksler  
   BRENDA WEKSLER,  
   Assistant Federal Public Defender

DANIEL G. BOGDEN  
United States Attorney

By: /s/ Allison Herr  
   ALLISON HERR,  
   Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-155-KJD-CWH |
|---|---|
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |
| vs. | |
| JOSEPH NEIL STABLER, JR., | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation the parties have reached a resolution in this case, which will obviate the need to litigate the issues presented in the motion. However, additional time is still needed for the defendant to consider the proposal.

3. Counsel for the government will be out of the jurisdiction from April 1, 2015 through April 8, 2015.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly complete the negotiations or prepare for trial, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D), United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the Fifth stipulation to continue the motion hearing filed herein.

///

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion hearing date.

### ORDER

IT IS THEREFORE ORDERED, that Motion Hearing currently set for Monday, April 6, 2015 , at 9:00 a.m., be vacated and continued  May 6, 2015 at 1:30 p.m.

DATED:  March 26, 2015

_____
UNITED STATES MAGISTRATE JUDGE

4