RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
JOSEPH NEIL STABLER, JR.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH NEIL STABLER, JR. ,<br><br>Defendant. | Case No.: 2:14-CR-155-KJD-CWH<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Allison Herr, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for JOSEPH NEIL STABLER, JR., that Motion Hearing currently set for Monday, June 1, 2015 at 10:00 a.m., be vacated and continued for no less than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.
2. Since the filing of the previous stipulation the parties have reached a resolution in this case, which will obviate the need to litigate the issues presented in the motion. However, additional time is still needed for the defendant to consider the proposal and reach a decision whether to enter into the agreement or not.

///

1

3. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly complete the negotiations or prepare for trial, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D), United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the Seventh stipulation to continue the motion hearing filed herein.

DATED: May 29, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: / s/ Brenda Weksler<br>    BRENDA WEKSLER,<br>    Assistant Federal Public Defender | By:   /s/ Allison Herr<br>    ALLISON HERR,<br>    Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH NEIL STABLER, JR. ,<br><br>Defendant. | Case No.:  2:14-CR-155-KJD-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation the parties have reached a resolution in this case, which will obviate the need to litigate the issues presented in the motion. However, additional time is still needed for the defendant to consider the proposal and reach a decision whether to enter into the agreement or not.

3. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly complete the negotiations or prepare for trial, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) , United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the Seventh stipulation to continue the motion hearing filed herein.

///

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion hearing date.

### ORDER

IT IS HEREBY ORDERED that the Motion Hearing currently set for Monday, June 1, 2015 at 10:00 a.m., be vacated and continued to Monday, June 15, 2015 at 9:00 a.m.

DATED: May 29, 2015

_____
UNITED STATES MAGISTRATE JUDGE

4