```
                        FILED          RECEIVED
                        ENTERED        SERVED ON
                                COUNSEL/PARTIES OF RECORD

                              JUN - 9 2015

                           CLERK US DISTRICT COURT
                             DISTRICT OF NEVADA
                     BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-155-KJD-(CWH) |
| JOSEPH NEIL STABLER, JR., | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that defendant JOSEPH NEIL STABLER, JR., pled guilty to Count One of a One-Count Superseding Criminal Information charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant JOSEPH NEIL STABLER, JR., agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and the offense to which defendant JOSEPH NEIL STABLER, JR., pled guilty.

///

1  The following assets are (a) any visual depiction described in Title 18, United States Code,
2  Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any
3  such visual depiction, which was produced, transported, mailed, shipped or received in violation of
4  Title 18, United States Code, Section 2252A(a)(5)(B), or (b) any property, real or personal, used or
5  intended to be used to commit or to promote the commission of a violation of Title 18, United States
6  Code, Section 2252A(a)(5)(B) or any property traceable to such property, and are subject to forfeiture
7  pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

8      1. Samsung Galaxy S2 Cell Phone Model SPH-D710 (S/N MAC5001BB8807B6)
9         including 32 gigabyte micro SD card;
10     2. Black HP PC Tower (S/N 4CE0331CZV);
11     3. Black Western Digital 1 Terabyte External Hard Drive (S/N WCAZA0839279T);
12     4. 4 thumb drives, 4 zip drives and 10 miscellaneous SD cards;
13     5. 242 miscellaneous CD's/DVD's;
14     6. 1 Black GVI Security DVR consul;
15     7. Silver LG Cell Phone Model Number VX5400 (S/N 805CYFT1750435);
16     8. 1 Western Digital Hard Drive (S/N QNR694125556670078);
17     9. 1 Beige Compaq PC Tower (S/N 1X97CYB385NG);
18     10. 1 Black Compaq PC Tower (S/N 4CE0260Y29);
19     11. 1 Gray HP PC Tower (S/N US03104052);
20     12. 1 Gray HP PC Tower (S/N CNH5130TH2);
21     13. 1 Tan Systemax PC Tower (S/N 003550783);
22     14. 1 JVC VHS Compaq Recorder SN 165K1751;
23     15. 1310 VHS Tapes; and
24     16. Dell laptop, serial number OXPCG3
25 (all of which constitutes "property").
26 ///

1    This Court finds the United States of America is now entitled to, and should, reduce the
2 aforementioned property to the possession of the United States of America.
3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4 United States of America should seize the aforementioned property.
5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6 JOSEPH NEIL STABLER, JR., in the aforementioned property is forfeited and is vested in the United
7 States of America and shall be safely held by the United States of America until further order of the
8 Court.
9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
12 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
13 name and contact information for the government attorney to be served with the petition, pursuant to
14 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
16 who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
17 the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
18 petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
19 Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
20 right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
21 petition and the relief sought.
22    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
23 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
24 thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
25 after the first day of the publication on the official internet government forfeiture site,
26 www.forfeiture.gov.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Michael A. Humphreys
>   Assistant United States Attorney
>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   Lloyd D. George United States Courthouse
>   333 Las Vegas Boulevard South, Suite 5000
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE