**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-155-KJD-(CWH) |
| JOSEPH NEIL STABLER, JR., | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America's interests and rights expired in the Dell Laptop, serial number OXPCG3 ("Dell") in this case;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Order of Forfeiture (ECF No. 49) entered in this case is null and void only as to the Dell in this case and that the Preliminary Order of Forfeiture will remain in effect as to the remaining property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Dell will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf in this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/20/2015

4