

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )   2:14-CR-155-KJD-(CWH)<br>  )<br>JOSEPH NEIL STABLER, JR., )<br>  )<br>  Defendant. ) | |

## FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant JOSEPH NEIL STABLER, JR., to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant JOSEPH NEIL STABLER, JR., pled guilty. Criminal Information, ECF No. 48; Preliminary Order of Forfeiture, ECF No. 49; Plea Agreement, ECF No. 50; Change of Plea, ECF No. 52.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 19, 2015, through July 18, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 54.

///

1  This Court finds the United States filed Notice advising its' interests and rights expired in the Dell laptop, serial number OXPCG3 ("Dell") listed in the Criminal Information, the Plea Agreement, and the Preliminary Order of Forfeiture pursuant to Title 21, United States Code, Section 853(h) (ECF No. 55). Criminal Information, ECF No. 48; Plea Agreement, ECF No. 50; Preliminary Order of Forfeiture, ECF No. 49. This Court ordered the government's interest and rights expired in the Dell and the Dell will not revert back to the defendant and/or any person(s) acting in concert with him and/or on his behalf in this case (ECF No. 58).

On August 13, 2015, Scott Stabler filed a Petition (ECF No. 56).

On August 28, 2015, the United States filed a Motion to Dismiss the Third-Party Petition of Scott Stabler (ECF No. 59).

On September 15, 2015, the United States filed a Reply (ECF No. 62) to Scott G. Stabler's Failure to Respond to the United States' Motion to Dismiss (ECF No. 59).

On September 15, 2015, this Court dismissed the Third-Party Petition of Scott Stabler (ECF No. ___).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Samsung Galaxy S2 Cell Phone Model SPH-D710 (S/N MAC5001BB8807B6) including 32 gigabyte micro SD card;
2. Black HP PC Tower (S/N 4CE0331CZV);

3. Black Western Digital 1 Terabyte External Hard Drive (S/N WCAZA0839279T);

4. 4 thumb drives, 4 zip drives and 10 miscellaneous SD cards;

5. 242 miscellaneous CD's/DVD's;

6. 1 Black GVI Security DVR consul;

7. Silver LG Cell Phone Model Number VX5400 (S/N 805CYFT1750435);

8. 1 Western Digital Hard Drive (S/N QNR694125556670078);

9. 1 Beige Compaq PC Tower (S/N 1X97CYB385NG);

10. 1 Black Compaq PC Tower (S/N 4CE0260Y29);

11. 1 Gray HP PC Tower (S/N US03104052);

12. 1 Gray HP PC Tower (S/N CNH5130TH2);

13. 1 Tan Systemax PC Tower (S/N 003550783);

14. 1 JVC VHS Compaq Recorder (S/N 165K1751); and

15. 1310 VHS Tapes.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 16th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE